# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

  v.                                              Case No. 14-C-0855

**RICK CABRITO, et al.,**
        **Defendants.**

---

## ORDER

The plaintiff has filed an application to confirm the sale of the property that is the subject of this action. The interested parties are hereby advised that the court will confirm the sale unless a written objection is filed by February 20, 2015.

**SO ORDERED** at Milwaukee, Wisconsin, this 6th day of February, 2015.

                                      s/ Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge